**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 98-6737**

————————

JACOB LEON MITCHELL,

                              Plaintiff - Appellant,

        versus

DEPUTY BAINES,

                              Defendant - Appellee.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.
(CA-98-427-AM)

————————

Submitted:  August 27, 1998        Decided:  September 17, 1998

————————

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Jacob Leon Mitchell, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mitchell v. Baines</u>, No. CA-98-427-AM (E.D. Va. May 7, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>